UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Daniel Richard Gonzales,

    Plaintiff,

v.                                            Case No. 10-11992
                                               Honorable Sean F. Cox

Commissioners of Social Security,

    Defendant.

_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

        Plaintiff brought this action seeking judicial review of the Commissioner's decision denying his applications for benefits. Thereafter, the matter was referred to Magistrate Judge Mona K. Majzoub for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b0(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

        On December 6, 2010, the Commissioner filed a motion seeking a remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff did not oppose the motion.

        In a Report and Recommendation ("R&R") issued on May 19, 2011, Magistrate Judge Majzoub recommended that this Court grant the unopposed motion and enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) reversing the ALJ's decision and remanding the matter for further proceedings.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby **ADOPTS** the May 19, 2011 R&R.  **IT IS ORDERED** that the Commissioner's Motion to Remand is **GRANTED** and the Court shall enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) reversing the ALJ's decision and **REMANDING** for further proceedings as set forth in the May 19, 2011 R&R.

**IT IS SO ORDERED.**

                                S/Sean F. Cox
                                Sean F. Cox
                                United States District Judge

Dated:  June 9, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 9, 2011, by electronic and/or ordinary mail.

                                S/Jennifer Hernandez
                                Case Manager